UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| JEFFREY McKEE,<br><br>                          Plaintiff,<br><br>  vs.<br><br>BERNARD WARNER, et al.,<br><br>                          Defendants. | NO:  12-CV-5112-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |
|---|---|

Magistrate Judge Imbrogno filed a Report and Recommendation on April 19, 2013, recommending that Plaintiff's Motion for Remand be granted and that his Motion for Leave to Amend Complaint be denied as moot.  ECF No. 31.  As of the date of this Order, no objections have been filed.  The Court hereby **ADOPTS** the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Remand (ECF No. 14) is **GRANTED**.  This case is hereby **REMANDED** to the Franklin County Superior Court.

2. Plaintiff's Motion for Leave to Amend (ECF No. 16) is **DENIED as moot**.

ORDER ADOPTING REPORT AND RECOMMENDATION -- 1

3.  Plaintiff's Motion for Depositions (ECF No. 24) is **DENIED as moot**.

The District Court Executive is directed to enter this Order, furnish copies to counsel and provide a copy to Plaintiff, mail a certified copy to the Clerk of the Franklin County Superior Court, and **CLOSE** the file.

**DATED** May 15, 2013.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION -- 2